1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8

9    ISAAC MONGIA,                          |    Case No.: 1:23-cv-01234-JLT-EPG

10                     Plaintiff,            |    ORDER GRANTING PLAINTIFFS'
                                             |    APPLICATIONS TO PROCEED *IN FORMA*
11        v.                                 |    *PAUPERIS*

12   CITY OF FRESNO, *et al.*,               |    (ECF No. 2).

13                     Defendants.

14

15        Plaintiff Isaac Mongia, proceeding *pro se* in this civil case, has requested leave to proceed *in*

16   *forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the requisite showing

17   required by § 1915(a). Accordingly, Plaintiff's applications to proceed *in forma pauperis* (ECF No. 2)

18   is granted.[1]

19

20   IT IS SO ORDERED.

21        Dated:   **October 3, 2023**                    /s/ *Erica P. Grosjean*

22                                             UNITED STATES MAGISTRATE JUDGE

23

24

25   [1] The Court notes that, because Plaintiff proceeds *in forma pauperis*, Plaintiff's complaint is subject to
     screening before the Court authorizes the Clerk of the Court to issue summons. *See* 28 U.S.C. § 1915; *see also*
26   *O'Neal v. Price*, 531 F.3d 1146, 1151 (9th Cir. 2008) ("After a prisoner applies for *in forma pauperis* status and
     lodges a complaint with the district court, the district court screens the complaint and determines whether it
27   contains cognizable claims. If not, the district court must dismiss the complaint."); *Lopez v. Smith*, 203 F.3d
     1122, 1129 (9th Cir. 2000) (noting that "section 1915(e) applies to all *in forma pauperis* complaints, not just
28   those filed by prisoners"); *Preciado v. Salas*, No. 1:13-cv-0390-LJO-BAM, 2014 WL 127710, at *1 (E.D. Cal.
     Jan. 14, 2014) ("The Court is required to screen complaints brought by plaintiffs proceeding *pro se* and *in*
     *forma pauperis*."). Accordingly, the Court will screen Plaintiff's complaint in due course.