|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MONGIA,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO, *et al.*,<br><br>           Defendants. | Case No.  1:23-cv-01234-JLT-EPG<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE AND COMPLY WITH A COURT ORDER<br><br>RESPONSE OR FIRST AMENDED COMPLAINT DUE IN 30 DAYS |

Plaintiff Isaac Mongia, proceeding *pro se* and *in forma pauperis*, initiated this civil action by filing a complaint on August 18, 2023. (ECF No. 1). On October 20, 2023, Plaintiff filed a motion for leave to amend his complaint. (ECF No. 7). On November 11, 2023, the Court granted Plaintiff's motion and directed Plaintiff to file an amended complaint "within 90 days of this order."

To date, Plaintiff has not yet filed an amended complaint and the deadline to do so has passed. Accordingly, the Court will direct Plaintiff to file a written response with the Court why this action should not be dismissed, without prejudice, for failure to prosecute and comply with a court order. Alternatively, Plaintiff may file an amended complaint, which the Court will screen in due course pursuant to 28 U.S.C. § 1915. (*See* ECF No. 3 at 2 n.1).

Based on the foregoing, IT IS ORDERED that:

1. Within thirty days of the date of this order, Plaintiff shall either:

    a.  File a written response why this action should not be dismissed, without prejudice, for failure to prosecute and comply with a court order; or

    b.  File his First Amended Complaint.

2. **Failure to respond to this order may result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 1, 2024**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE